AO 91 (Rev. 11/11) Criminal Complaint

FILED<br>
JAMES J. VILT JR, CLERK<br>
AUG 23 2021<br>
U.S. DISTRICT COURT<br>
WESTERN DISTRICT OF KENTUCKY

# UNITED STATES DISTRICT COURT
## for the
## WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| v. ) | Case No. 3:21-mj-429 |
| ) | |
| JONATHON CHASE VOWELS-HARPER ) | |
| *Defendant* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state the following is true to the best of my knowledge and belief.

On or about and between the date(s) of March 7, 2021 and April 23, 2021 in the county of Jefferson in the Western District of Kentucky, and elsewhere, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2251(a) | Using a Minor to Engage in Sexually Explicit Conduct to Produce a Visual Depiction |
| 18 U.S.C. §2422(b) | Enticement of a Minor |
| 18 U.S.C. §2252A(a)(2) | Receipt of Child Pornography |

This criminal complaint is based on these facts:
See the attached affidavit

X☐   Continued on the attached sheet

s/ *Preston M. Hoke* _____
*Complainant's signature*

Preston M. Hoke, FBI Special Agent _____
*Printed name and title*

Sworn to telephonically pursuant to Fed. R. Crim. P. 4.1.

Date: August 23, 2021

_____
*Judge's Signature*

City and State: Louisville         , Kentucky     Hon. Regina S. Edwards, U.S. Magistrate Judge
*Printed Name and Title*

ASM *(AUSA initials)*