UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**FILED**
JAMES J. VILT, JR. - CLERK
SEP 22 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

v.

**JONATHON CHASE VOWELS-HARPER**

INDICTMENT

NO. 3:21-CR-124-BJB

18 U.S.C. § 1470
18 U.S.C. § 2251(a)
18 U.S.C. § 2251(e)
18 U.S.C. § 2252A(a)(2)
18 U.S.C. § 2252A(b)(1)
18 U.S.C. § 2253
18 U.S.C. § 2422(b)
18 U.S.C. § 2428(a)

The Grand Jury charges:

### COUNT 1
*(Using a Minor to Engage in Sexually Explicit Conduct to Produce a Visual Depiction)*

On or about April 19, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **JONATHON CHASE VOWELS-HARPER**, knowingly employed, used, persuaded, induced, enticed, and coerced Jane Doe, a minor, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and the visual depiction was transported using any means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

The Grand Jury further charges:

## COUNT 2
*(Using a Minor to Engage in Sexually Explicit Conduct to Produce a Visual Depiction)*

On or about April 20, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **JONATHON CHASE VOWELS-HARPER**, knowingly employed, used, persuaded, induced, enticed, and coerced Jane Doe, a minor, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and the visual depiction was transported using any means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

The Grand Jury further charges:

## COUNT 3
*(Using a Minor to Engage in Sexually Explicit Conduct to Produce a Visual Depiction)*

On or about April 23, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **JONATHON CHASE VOWELS-HARPER**, knowingly employed, used, persuaded, induced, enticed, and coerced Jane Doe, a minor, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and the visual depiction was transported using any means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

The Grand Jury further charges:

## COUNT 4
*(Enticement of a minor)*

In or about and between March 7, 2021 and April 23, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, and elsewhere, the defendant, **JONATHON CHASE**

**VOWELS-HARPER**, using a facility and means of interstate commerce, did knowingly persuade, induce, and entice an individual who had not attained the age of eighteen years to engage in sexual activity for which a person may be charged with a criminal offense.

In violation of Title 18, United States Code, Section 2422(b).

The Grand Jury further charges:

## COUNT 5

*(Receipt of child pornography)*

On or about and between April 19, 2021, and April 23, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **JONATHON CHASE VOWELS-HARPER**, knowingly received child pornography, as that term is defined in 18 U.S.C. § 2256(8)(A), that had been transported in interstate commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

The Grand Jury further charges:

## COUNT 6

*(Attempted transfer of obscene material to a minor)*

On or about August 19, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **JONATHON CHASE VOWELS-HARPER**, did, by means of interstate commerce, knowingly attempt to transfer obscene matter to another individual who had not attained the age of 16 years, knowing that the other individual had not attained the age of 16 years.

In violation of Title 18, United States Code, Section 1470.

## FORFEITURE NOTICE

As a result of committing the offenses in violation of Counts 1, 2, 3, and 5 of this Indictment, the defendant, **JONATHON CHASE VOWELS-HARPER**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a)(3), all of the rights, title, and interests in any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses, or any property traceable to such property.

As a result of committing the offenses in Count 4 of this Indictment, the defendant, **JONATHON CHASE VOWELS-HARPER**, shall forfeit to the United States, pursuant to 18 U.S.C. § 2428(a), all of the rights, title, and interests in any property, real or personal, used or intended to be used to commit or to facilitate the commission of such offense.

A TRUE BILL.

FOREPERSON

_____
MICHAEL A. BENNETT
ACTING UNITED STATES ATTORNEY

MAB:ASM:202109

UNITED STATES OF AMERICA v. JONATHON CHASE VOWELS-HARPER

**PENALTIES**

Counts 1-3: NL 15 yrs./NM 30 yrs./$250,000/both/NL 5 yrs./NM Life Supervised Release (each count)
Count 4: NL 10 yrs./NM Life/$250,000/both/NL 5 yrs./NM Life Supervised Release
Count 5: NL 5 yrs./ NM 20 yrs.//$250,000/both/NL 5 yrs./NM Life Supervised Release
Count 6: NM 10 yrs./$250,000/both/NL 5 yrs./NM Life Supervised Release
(mandatory $5,000 assessment per count for Counts 1-5 if the defendant is non-indigent - (18 U.S.C. § 3014 – effective 5/29/2015))
Forfeiture

**NOTICE**

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual<br>$125 per count/other | Felony: | $100 per count/individual<br>$400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   For offenses occurring after December 12, 1987:

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.